No. 93–1398. STAUFFACHER v. TELEDYNE CONTINENTAL MOTORS. C. A. 7th Cir. Certiorari denied. 

No. 93–1399. ENCORE SYSTEMS, INC., ET AL. v. LADNEY. C. A. Fed. Cir. Certiorari denied. 

No. 93–1404. MARTIN v. FLORIDA POWER CORP. C. A. 11th Cir. Certiorari denied. 

No. 93–1429. CONYERS COMMUNITY CHURCH, INC., ET AL. v. STEVENS ET AL. Ct. App. Ga. Certiorari denied. 

No. 93–1430. LEWIS v. CADLE CO. II, INC. Sup. Ct. Kan. Certiorari denied. 

No. 93–1432. ADAMO ET AL. v. STATE FARM LLOYDS CO. Ct. App. Tex., 14th Dist. Certiorari denied. 

No. 93–1448. MILOSLAVSKY ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. 

No. 93–1464. STROBRIDGE v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. 

No. 93–1472. SIEGEL v. JAMES ISLAND PUBLIC SERVICE DISTRICT ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–1503. GOAD v. WILLIAMS. C. A. 5th Cir. Certiorari denied. 

No. 93–1531. POLYAK v. HAMILTON, JUDGE; POLYAK v. BUFORD EVANS & SONS; POLYAK v. BOSTON ET AL.; POLYAK v. HULEN ET AL.; POLYAK v. HULEN; and POLYAK v. STACK ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–1534. FISCHL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–6952. WATERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.